```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AVNER MALOUL and ALLEN LOWY,
                                   Plaintiffs,

                 -v-

NEW COLUMBIA RESOURCES, INC.,
                                   Defendant.
------------------------------------------------------------X

15 CIVIL 8710 (KPF)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 8, 2018, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
            August 8, 2018

                                                         RUBY J. KRAJICK
                                                         _____
                                                         Clerk of Court
                      BY: _____
                                                         Deputy Clerk